**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL ACTION 10-00272-KD** |
| | ) | |
| **MICHAEL GABRIEL HAWK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This action is before the Court on defendant Michael Gabriel Hawk's motion to dismiss indictment (doc. 14)[1] and the response filed by the United States (doc. 20). Hawk was indicted for possession of a firearm by a person convicted of a crime punishable by imprisonment for a term exceeding one (1) year in violation of 18 U.S.C. § 922(g)(1). Hawk moves to dismiss on basis that he has not been convicted. The United States responds that it does not oppose the motion because Hawk's prior offense did not result in a conviction which could be a predicate conviction under § 922(g)(1). Accordingly, upon consideration and for the reasons stated in the motion and response, the motion to dismiss is **GRANTED** and it is **ORDERED** that the indictment against Michael Gabriel Hawk is **DISMISSED**.

   **DONE** and **ORDERED** this 12th day of January, 2011.


                                        **s / Kristi K. DuBose**
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**

---

[1] Defendant's motion to supplement the motion to dismiss (doc. 15) is GRANTED.